FILED

JUL 5 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT GAFFORD, )<br>)<br>Defendant. ) | No.<br>Title 18<br>United States Code<br>Sections 1703 and 1709 |

1:22CR00087SRC-ACL

## **INDICTMENT**

## **COUNT I**

THE GRAND JURY CHARGES THAT:

On or about the 12th day of April, 2022, in Cape Girardeau County, within the

Southeastern Division of the Eastern District of Missouri,

## **ROBERT GAFFORD,**

the defendant herein, a United States Postal Service employee, did unlawfully and knowingly

secrete, delay, and detain, letters and mail, and any article and thing contained therein, which had

been entrusted to him, and had come into his possession in his position with the Postal Service,

and which were intended to be conveyed by mail, and carried and delivered by any carrier, agent,

and other person employed in any department of the Postal Service.

In violation of Title 18, United States Code, Section 1703.

## **COUNT II**

THE GRAND JURY FURTHER CHARGES THAT:

On or about the 12th day of April, 2021, in Cape Girardeau County, within the

Southeastern Division of the Eastern District of Missouri,

**ROBERT GAFFORD,**

the defendant herein, a United States Postal Service employee, did knowingly embezzle and take

letters and mail, with the intent to convert them to his own use, which had been entrusted to him,

and came into his possession in his position with the Postal Service, and which were intended to

be conveyed by mail, and carried and delivered by any carrier, agent, or other person employed

in any department of the Postal Service.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____
PAUL W. HAHN, #33190MO
ASSISTANT UNITED STATES ATTORNEY